## NEW YORK COMMON PLEAS—GENERAL TERM, JANUARY, 1895.

THOMAS A. LYNCH, Respondent, *v.* CATHARINE LOVE, Appellant.

APPEAL from judgment of Tenth Judicial District Court.

*William F. Browne,* for respondent.

*James R. Angel,* for appellant.

*Per Curiam.* The judgment in favor of the plaintiff is found to be supported by the evidence, and while the record presents a conflict of testimony, there is no such preponderance in favor of the appellant's contention as should justify a reversal. The record contains no exceptions to rulings made below.

Judgment affirmed, with costs.

Present: BOOKSTAVER and BISCHOFF, JJ.
Judgment affirmed, with costs.

---

HEINRICH STEIHLER, Appellant, *v.* HARRY REDDING, Respondent.

APPEAL from judgment of Third Judicial District Court.

*H. D. & E. L. McBurney,* for appellant.

*Edwin F. Stern,* for respondent.

*Per Curiam.* No exceptions were taken by the appellant to rulings made upon the trial of this cause, and the evidence presents but a single conflict of fact which it was the peculiar province of the justice to determine, and which determination, in pursuance of the well-settled rule, we decline to disturb.

Judgment affirmed, with costs.

Present: BOOKSTAVER and BISCHOFF, JJ.
Judgment affirmed, with costs.